FILED BY MB D.C.

Aug 19, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NUMBER: 26-MJ-00080-SMM**

**UNITED STATES OF AMERICA**

**vs.**

**ERVIN JOSE DIAZ-GRAMAJO,**
**a/k/a "Jacob Locener Diaz-Palacios,"**

**Defendant.**
_______________________________/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? **No.**

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Herandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? **No.**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: ______________________________
SEAN M. LEWIS
Assistant United States Attorney
Florida Bar No. 1055072
101 S. U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 466-0899
Email: sean.lewis2@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Sean M. Lewis

FILED BY MB D.C.
Aug 19, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
ERVIN JOSE DIAZ-GRAMAJO,
a/k/a "Jacob Locener Diaz-Palacios,"

*Defendant(s)*

Case No. 26-MJ-00080-SMM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 13, 2026 in the county of Indian River in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 8 U.S.C. § 1326(a) and (b)(2) | Previously Removed Alien Found in the United States |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Johnathan Mansa, Deportation Officer, ICE
*Printed name and title*

Date: 8/19/2026

[signature]
*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek Mills Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Johnathan Mansa, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2019. I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Ervin Jose DIAZ-GRAMAJO ("DIAZ-GRAMAJO"), also known as Jacob Locener DIAZ-PALACIOS, committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. Indian River County Sheriff's Office ("IRCSO") has partnered with ICE and is part of the 287(g) Program. The program delegates federal immigration enforcement authorities to state and local law enforcement agencies.

4. On or about August 13, 2026, the IRCSO conducted a vehicle stop on DIAZ-GRAMAJO due to a traffic violation. DIAZ-GRAMAJO identified himself to IRCSO deputies by name and date of birth. The IRCSO officer contacted ICE, alerting ICE officials to DIAZ-GRAMAJO's presence in the United States. ICE confirmed that DIAZ-GRAMAJO has no lawful immigration status in the United States. IRCSO arrested DIAZ-GRAMAJO for violation of immigration law.

5. I reviewed documents from the immigration alien file belonging to DIAZ-GRAMAJO, AXXX XXX 151, which show that he is a native and citizen of Guatemala. Records show that on or about January 24, 2023, DIAZ-GRAMAJO was ordered removed from the United States. On or about February 16, 2023, DIAZ-GRAMAJO was removed from the United States to Guatemala.

6. Law enforcement entered the fingerprints of DIAZ-GRAMAJO into the IDENT system, a biometric database maintained by the Department of Homeland Security. The results confirmed that DIAZ-GRAMAJO is the individual who was previously removed from the United States.

7. Agents performed a records check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if DIAZ-GRAMAJO ever filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no records exist indicating that DIAZ-GRAMAJO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States as required by law.

8. On July 22, 2021, DIAZ-GRAMAJO was adjudicated guilty in the Circuit Court in and for Accomack County, Virginia, for (10) counts of Felony Carnal Knowledge of a Child Between Thirteen and Fifteen Years of Age, in violation of Virginia Code Section 18.2-63.

9. Based on the foregoing, I believe that there exists probable cause to believe that, on or about August 13, 2026, DIAZ-GRAMAJO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland

Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

Johnathan Mansa
Deportation Officer
Immigration and Customs Enforcement

Sworn to before me, in Fort Pierce, Florida, this 19th day of August 2026.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE